**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

MARC ROUSSEL AND
NATHALIE G. ROUSSEL,

Plaintiff, Case No. _______________

v.

OCWEN LOAN SERVICING, LLC AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee for Residential
Accredit Loans, Inc., Mortgage Asset-Backed
Pass-Through Certificates, Series 2005-QSI,

Defendant.

---

**NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and M.D. Fla. L.R. 4.02, Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Deutsche Bank Trust Company America ("Deutsche Bank"), by and through their undersigned counsel, hereby give notice of the removal of the above-styled action to the United States District Court for the Middle District of Florida, Tampa Division, and state as follows:

1. On or about January 19, 2017, an action was commenced in the County Court of the Sixth Judicial Circuit In and For Pasco County, Florida by Plaintiffs Marc Roussel and Nathalie G. Roussel ("Plaintiffs"). The action, entitled *Marc Roussel and Nathalie G. Roussel v. Ocwen Loan Servicing, LLC and Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-*

*Through Certificates, Series 2005-QSI*, was assigned Case No. 201-cc-233-WS (hereinafter referred to as the "State Court Action").

2. Plaintiff served a Summons and Complaint (the "Complaint") upon Ocwen and Deutsche Bank on or about February 17, 2017, in the State Court Action.

3. The Complaint asserted a claim for violation of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et seq* ("FCCPA"), against both Defendants.

4. The Complaint also asserted two federal law claims against both Defendants. Specifically, the Complaint asserted a claim arising under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq*. and a claim arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*, based upon purported conduct by Defendants in connection with the servicing of Plaintiff's mortgage loan account.

5. Accordingly, this is a civil action arising under the laws of the United States, over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

6. Removal of this action is therefore appropriate pursuant to 28 U.S.C. § 1441(a).

7. Furthermore, this Court has supplemental jurisdiction to hear Plaintiffs' state law claim pursuant to 28 U.S.C. § 1367.

8. Venue is proper in this Court because the action is being removed from the County Court of the Sixth Judicial Circuit In and For Pasco County, Florida, which lies in the Middle District of Florida, Tampa Division. *See* 28 U.S.C. §§ 1441(a), 1446(a).

9. Attached hereto as Exhibit A are copies of all process, pleadings, and orders served on Defendants in the State Court Action, as required by 28 U.S.C. § 1446(a) and M.D. Fla. Local Rule 4.02. These pleadings include the Summons and Complaint.

10. This Notice of Removal is timely, as it is being filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief and within thirty (30) days of service of process. *See* 28 U.S.C. § 1446(b).

11. This action is not a non-removable action as described in 28 U.S.C. § 1445.

12. Promptly after filing this Notice, Defendants will give written notice thereof to Plaintiff and will file a copy of this Notice with the Clerk of the County Court of the Sixth Judicial Circuit In and For Pasco County, Florida, pursuant to 28 U.S.C. § 1446(d).

13. Defendants expressly reserve all rights to move for dismissal of some or all of this action on any ground whatsoever and further reserve all other available defenses. Defendants further reserve the right to submit additional evidence in support of removal as appropriate in future circumstances, or to amend this Notice.

WHEREFORE, Ocwen Loan Servicing LLC and Deutsche Bank Trust Company America hereby remove this action to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: March 7, 2017

Respectfully submitted,

HUNTON & WILLIAMS LLP

Abigail M. Lyle, FBN 41384
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
alyle@hunton.com

*Counsel for Defendants Ocwen Loan Servicing, LLC and Deutsche Bank Trust Company America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, the foregoing document was conventionally filed with the Clerk of the Court via overnight mail. I also certify that the foregoing document is being served this day on counsel for Plaintiff via electronic mail:

Rebbecca A. Goodall
The Lyons Law Group P.A.
4103 Little Road
New Port Richey, FL 34655
service@lyonslawgroup.com

Abigail M. Lyle