## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**MARC ROUSSEL AND**
**NATHALIE G. ROUSSEL,**

     **Plaintiffs,**

                                          **Case No.: 17-cv-00563-EAK-TGW**

**vs.**

**OCWEN LOAN SERVICING, LLC et al.,**

     **Defendants.**

_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiffs, Marc Roussel and Nathalie G. Roussel, respectfully, by and through the undersigned counsel, hereby submit this Notice of Pending Settlement and state that Plaintiffs and Defendants have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                        Respectfully Submitted,

                        THE LYONS LAW GROUP, P.A.


                        /s/ Rebbecca A. Goodall
                        Andrew M. Lyons, Esq.
                        andy@lyonslawgroup.com
                        Florida Bar No.:  0011288
                        Rebbecca A. Goodall, Esq.
                        rgoodall@lyonslawgroup.com
                        Florida Bar No.:  0115344
                        4103 Little Road
                        New Port Richey, FL  34655
                        (727) 375-8900
                        (727) 375-2334 (fax)
                        Email Service: pleadings@lyonslawgroup.com
                        Attorneys for Plaintiffs,
                        Marc Roussel and Nathalie G. Roussel

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a true and correct copy of the forgoing has been

furnished on March 22, 2017, via CM/ECF to:

    Abigail M. Lyle, Esq.
    HUNTON & WILLIAMS LLP
    1111 Brickell Ave, Suite 2500
    Miami, FL 33131
    alyle@hunton.com
    Attorney for Defendants


               /s/ Rebbecca A. Goodall
               Attorney

2