### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA

MARC ROUSSEL AND
NATHALIE G. ROUSSEL,

    Plaintiffs,

                                           Case No.: 8:17-cv-00563-EAK-TGW

v.

OCWEN LOAN SERVICING, LLC et al.,

    Defendants

_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to a dismissal, with prejudice, of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. This Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise.

Respectfully submitted this 11th day of July, 2017.

| | |
|---|---|
| */s/ Rebbecca A. Goodall* | */s/ Abigail M. Lyle* |
| Rebbecca A. Goodall | Abigail M. Lyle |
| Florida Bar No.: 0115344 | Florida Bar No. 41384 |
| The Lyons Law Group, P.A. | Hunton & Williams, LLP |
| 3103 Little Road | 1111 Brickell Avenue, Suite 2500 |
| New Port Richey, FL 34655 | Miami, Florida 33131 |
| Telephone: (727) 375-8900 | Telephone: (305) 810-2500 |
| Facsimile: (727) 375-2334 | Facsimile: (305) 810-1610 |
| Email: rgoodall@lyonslawgroup.com | Email: alyle@hunton.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2017, I filed a copy of the foregoing using the Court's CM/ECF filing system, which will cause a copy of the same to be delivered electronically to all counsel of record.

                                                */s/ Abigail M. Lyle*_____
                                                Abigail M. Lyle